Defendant: **Ping Identity Corporation**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113010 | $50,000.00 | 3/22/2023 | INV0031682_1 | 11/21/2022 | $50,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113288 | $100,000.00 | 3/29/2023 | INV0031682_2 | 11/21/2022 | $100,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113399 | $100,000.00 | 4/7/2023 | INV0031682_3 | 11/21/2022 | $100,000.00 |

Totals:    3 transfer(s),    $250,000.00